NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ATTENUATION ENVIRONMENTAL COMPANY,**
*Appellant*

**v.**

**CHAIRMAN OF THE UNITED STATES NUCLEAR REGULATORY COMMISSION,**
*Appellee*

---

2017-1642

---

Appeal from the Civilian Board of Contract Appeals in Nos. 4920, 5093, Administrative Judge Joseph A. Vergilio, Administrative Judge Richard C. Walters, Administrative Judge Stephen M. Daniels.

---

**JUDGMENT**

---

JUSTIN E. PROPER, White & Williams LLP, Philadelphia, PA, argued for appellant.

JOSHUA A. MANDLEBAUM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2018      /s/ Peter R. Marksteiner
Date          Peter R. Marksteiner
         Clerk of Court